NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. ROARK, II,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS, et al.,<br><br>    Defendants. | No. C 11-01914 JF (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE CERTIFICATE OF FUNDS IN PRISONER'S ACCOUNT |

Plaintiff, a California inmate, filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983 against state officials. On May 12, 2011, Plaintiff filed a motion for leave to proceed in forma pauperis which is deficient because the attached Certificate of Funds in Prisoner's Account was not completed and signed by an authorized prison official. (See Docket No. 5.) Plaintiff notes thereon that he was unable to acquire the document in time to meet the Court's deadline. (Id. at 5.) The Court will grant Plaintiff an extension of time to file the missing document. Plaintiff shall submit a completed Certificate of Funds **within thirty (30) days** of the date this order is filed. **Failure to file the necessary document will result in the denial of the application to proceed in forma pauperis, and the complete filing fee will be immediately due.**

   IT IS SO ORDERED.

DATED: 6/8/11

JEREMY FOGEL
United States District Judge

Order Granting Ext. Of TIme
P:\PRO-SE\SJ.JF\CR.11\01914Roark_eot-ifp.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT L. ROARK, II,

        Plaintiff,

  v.

CALIFORNIA DEPT. OF CORRECTIONS, et al.,

        Defendants.
                                               /

Case Number: CV11-01914 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  6/16/11 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert L. Roark V-86464
Deuel Vocational Institution
P.O. Box 20
Dorm L3-3
Tracy, CA 95378

Dated:  6/16/11

                                                       Richard W. Wieking, Clerk